FINEGAN ET AL., APPELLEES, *v.* AKRON CITY HOSPITAL ET AL., APPELLANTS.

[Cite as Finegan *v.* Akron City Hosp. (1986), 28 Ohio St. 3d 307.]

(No. 85-1402—Decided December 22, 1986.)

*Nukes & Perantinides Co., L.P.A., Paul G. Perantinides, Elizabeth B. Manning* and *Linda Tucci Teodosio,* for appellees.

*Buckingham, Doolittle & Burroughs, Charles E. Pierson* and *David P. Bertsch,* for appellants E. S. Jursek and Stine, Jursek & Hutzler, M.D.'s, Inc.

The judgment of the court of appeals in case No. 11806 is hereby affirmed, but for the reasons stated in *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.